Philip A. Garland
P.O. Box 33934
Las Vegas, Nevada 89133
(702) 658-5918
Plaintiff
In Pro Se

Leave to file without
Prepayment of Cost **GRANTED**

*[signature]* 1/25/08

**FILED**
JAN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP A. GARLAND )
)
    Plaintiff, )
) District Ct. No.
v. )
) PBGC Appeal No. 2007-0141
PENSION BENEFIT GUARANTY CORPORATION, )
A wholly owned government corporation, ) PBGC Case No. 199334
)
    Defendant. )
)

**08 0151**

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Philip A. Garland, Plaintiff, (hereinafter PLAINTIFF GARLAND), in the above-entitled cause, appearing In Pro Se, moves the Court for an order allowing him to proceed in the above-entitled cause in forma pauperis and to prosecute his complaint therein to the United States District Court for the District of Columbia, without being required to prepay fees or costs or give security therefore before or after the bringing of these proceeding, and in support of this motion he tenders the affidavit hereto attached.

**WHEREFORE**, the object of this motion is to enable the PLAINTIFF GARLAND to obtain judicial review and to prosecute his complaint.

DATED this 12th day of JANUARY, 2008.

*[signature]*

PHILIP A. GARLAND
P.O. Box 33934
Las Vegas, Nevada 89133
(702) 658-5918
Plaintiff
In Pro Se

**RECEIVED**
JAN 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Philip A. Garland
P.O. Box 33934
Las Vegas, Nevada 89133
(702) 658-5918
Plaintiff
In Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP A. GARLAND, )
    Plaintiff, ) **District Ct. No.**
)
v. ) **PBGC Appeal No. 2007-0141**
)
PENSION BENEFIT GUARANTY CORPORATION, ) **PBGC Case No. 199334**
A wholly owned government corporation, )
)
    Defendant. )

## AFFIDAVIT

I, Philip A. Garland, Plaintiff, being first duly sworn, depose and say that I am the Plaintiff, in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the docketing fee are true.

1. Are you presently employed? No

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received. July 24, 2001, approximately $16,500 per month.

**FILED**
08 0151    JAN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. Have you received within the past 12 months any income from a business, profession, other form of self-employment, rent payments, interest, dividends, retirement, annuity payments, alimony, welfare, social security, disability compensations, workmen's compensation, or any other source? If the answer is yes, describe each source of income, and state the amount received monthly from each during the past 12 months. No.

3. Do you own any cash or have any checking or saving accounts? No.

4. Do you own any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If the answer is yes, describe the property and state its approximate value. No.

5. List the persons who you actually support and state your relationship to those persons. Kayla Garland-daughter age 11, child support in arrears.

6. Have you ever filed a motion in this court for leave to proceed in forma pauperis in any other case? Yes (Exhibit #1)

7. Have you retained an attorney to represent you? No

Further Affiant Sayeth Naught.

DATED this 12th day of JANUARY, 2008.

_____
PHILIP A. GARLAND
P.O. Box 33934
Las Vegas, Nevada 89133
(702) 658-5918
Plaintiff
In Pro Se


SUBSCRIBED and SWORN to before
Me on **this** 12 day of JANUARY, 2008.

_____
Notary Public for the State of Nevada



Notary Public - State of Nevada
County of Clark
C. ASHLEY
My Appointment Expires
August 11, 2008

2

**EXHIBIT # 1**

COPY

Philip A. Garland, Plaintiff
P.O. Box 33934
Las Vegas, Nevada 89133
(702) 658-5918
Plaintiff
In Pro Se

W/85

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PHILIP A. GARLAND, )
              )
     Plaintiff, )
              )
v. )
              )
US AIRWAYS, INC. a Corporation, and ) CIVIL ACTION NO: 86-890
Stephen M. Wolf, Rakesh Gangwald, Greg )
Gibson, Rick Davies, Harold Simpson, Ed )
Bular, Don Mathews, Ron Schilling and )
Michelle V. Bryan., )
              )
         and )
The Airline Pilots Association, Int'l, a Labor )
organization, )
              )
     Defendants. )

FILED
MAY 2 7 2003
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## ORDER GRANTING LEAVE TO APPEAL IN FORMA PAUPERIS

This cause coming on to be heard upon the motion of Plaintiff, Philip A. Garland, to be allowed to prosecute his appeal herein in forma pauperis, based upon the affidavit of Plaintiff, verified May 20, 2003, filed in accordance with the provisions of Title 28, United States Code, section 1915, and Rule 24(a) of the Federal Rules of Appellate Procedure, it is hereby;

Ordered, that Plaintiff be allowed to prosecute his appeal in the above-entitled cause to the United States Court of Appeals for the Third Circuit without being required to prepay fees or costs or give security therefore because of his poverty as alleged in the affidavit.

Dated this 27th day of May, 2003

_____
United States District Judge

08 0151
FILED
JAN 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT