AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                        | )  |                |
|------------------------|----|----------------|
| Plaintiff(s)           | )  | **APPEARANCE** |
|                        | )  |                |
|                        | )  |                |
| vs.                    | )  | CASE NUMBER    |
|                        | )  |                |
|                        | )  |                |
| Defendant(s)           | )  |                |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                       (Attorney's Name)

case for:_____
                                     (Name of party or parties)

_____          __/s/Michael A. Maricco_____
Date                                                                  Signature

                                                                                    _____
_____          Print Name
BAR IDENTIFICATION

                                                                                    _____
                                                                                    Address

                                                                                   _____
                                                                                    City      State      Zip Code

                                                                                   _____
                                                                                   Phone Number