AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                    |   |                |
|--------------------|---|----------------|
|                    | ) |                |
| Plaintiff(s)       | ) | **APPEARANCE** |
|                    | ) |                |
|                    | ) |                |
| vs.                | ) | CASE NUMBER    |
|                    | ) |                |
|                    | ) |                |
| Defendant(s)       | ) |                |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                      (Attorney's Name)

case for:_____
                                      (Name of party or parties)

_____        \_\_/s/Andrea Wong_____
Date                                            Signature

                                                         _____
_____        Print Name
BAR IDENTIFICATION
                                                         _____
                                                         Address

                                                         _____
                                                         City          State          Zip Code

                                                         _____
                                                         Phone Number